KUANG-BAO P. OU-YOUNG
1362 Wright Avenue
Sunnyvale, California 94087
(408) 234-2371
kbouyoung@yahoo.com

Plaintiff Pro Se

**FILED**
AUG 08 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUANG-BAO P. OU-YOUNG,<br><br>    Plaintiff,<br><br>vs.<br><br>PATRICK D. ROBBINS, Acting U.S. Attorney for the Northern District of California;<br>PAMELA T. JOHANN, Chief, Civil Division, U.S. Attorney's Office for the Northern District of California;<br>JEFFREY D. NEDROW, Assistant U.S. Attorney, U.S. Attorney's Office for the Northern District of California;<br>JEVECHIUS D. BERNARDONI, Assistant U.S. Attorney, U.S. Attorney's Office for the Northern District of California;<br>KELSEY J. HELLAND, Assistant U.S. Attorney, U.S. Attorney's Office for the Northern District of California;<br>THOMAS J. NIXON, an individual;<br>KARIN SCHWARTZ, an individual;<br>JENNA M. WHITMAN, an individual;<br>REBEKAH EVENSON, an individual;<br>MICHAEL M. MARKMAN, an individual;<br>KEITH FONG, an individual;<br>HAN N. TRAN, an individual;<br>ELIZABETH K. LEE, an individual;<br>NANCY L. FINEMAN, an individual;<br>SUSAN L. GREENBERG, an individual;<br>STATE OF CALIFORNIA;<br>STATE BAR OF CALIFORNIA;<br>EDMUND G. BROWN, JR., an individual;<br>MARK B. BUSBY, Clerk, U.S. District Court for the Northern District of California;<br>CYNTHIA G. HERNANDEZ, Deputy Clerk, U.S. District Court for the Northern | Case No. ~~C 25 06711~~<br><br>**CV. 25 80234 MISC  SK**<br><br>**COMPLAINT**<br><br>DEMAND FOR JURY TRIAL |

| | |
|---|---|
| District of California; | ) |
| KENNETH R. PEREZ, Deputy Clerk, U.S. District Court for the Northern District of California; | ) ) ) |
| STEVEN CHILTON, Deputy Clerk, U.S. District Court for the Northern District of California; | ) ) ) |
| JOSEPH R. BIDEN, JR., former President of United States; | ) ) |
| and SANJAY VIRMANI, Special Agent in Charge, San Francisco Field Office, Federal Bureau of Investigation; | ) ) ) ) |
| Defendants. | ) ) |

## JURISDICTION AND VENUE

b1.     This action raises questions under provisions of the Civil Rights Act of 1871 in 42 U.S.C. § 1985. The Court has original jurisdiction over these claims under 28 U.S.C. § 1331. This Court has authority to award the requested declaratory relief under 28 U.S.C. §§ 2201-02, the requested injunctive relief under 28 U.S.C. § 1343(a)(4), and the requested damages under 28 U.S.C. § 1343(a)(4).

b2.     Venue is proper under 28 U.S.C. § 1391(b)(1) in the northern district of California because defendant Thomas J. Nixon is a resident of Alameda County.

## INTRADISTRICT ASSIGNMENT

b3.     Pursuant to Civil L.R. 3-2(c) and (d), this is a civil rights case, in a non-excepted category, suitable for assignment to the San Francisco Division or the Oakland Division because substantial part of the events giving rise to the claims occurred in Alameda County.

**PARTIES**

a1. Plaintiff Kuang-Bao P. Ou-Young is a resident of Santa Clara County.

a2. Defendant Patrick D. Robbins is acting U.S. attorney for northern California (CA Bar No. 152288).

a3. Defendant Pamela T. Johann is chief of the civil division of the U.S. attorney's office for northern California ("USAO") (CA Bar No. 145558).

a4. Defendant Jeffrey D. Nedrow is an assistant U.S. attorney ("AUSA") at USAO (CA Bar No. 161299).

a5. Defendant Jevechius D. Bernardoni is an AUSA at USAO (CA Bar No. 281892).

a6. Defendant Kelsey J. Helland is an AUSA at USAO (CA Bar No. 298888).

a7. Defendant Thomas J. Nixon is current presiding judge of Alameda County Superior Court ("state court I").

a8. Defendant Karin Schwartz is a judge at state court I.

a9. Defendant Jenna M. Whitman is a judge at state court I.

a10. Defendant Rebekah Evenson is a judge at state court I.

a11. Defendant Michael M. Markman is a judge at state court I.

a12. Defendant Keith Fong is a judge at state court I.

a13. Defendant Han N. Tran is a judge at state court I.

a14. Defendant Elizabeth K. Lee is current presiding judge of San Mateo County Superior Court ("state court II").

a15. Defendant Nancy L. Fineman is a judge at state court II.

a16. Defendant Susan L. Greenberg is a judge at state court II.

a17. Defendant state of California became the 31st state of U.S. on September 9, 1850, thereby subjecting itself to the Constitution and laws of the Union.

a18.  Defendant State Bar of California ("State Bar") is a public California corporation, which licenses attorneys and regulates the practice of law in the state.

a19.  Defendant Edmund G. Brown, Jr., is a resident of Colusa County and a former governor of California.

a20.  Defendant Mark B. Busby is clerk of this court.

a21.  Defendant Cynthia G. Hernandez is a deputy clerk at this court.

a22.  Defendant Kenneth R. Perez is a deputy clerk at this court.

a23.  Defendant Steven Chilton is a deputy clerk at this court.

a24.  Defendant Joseph R. Biden, Jr., is a former president of the United States.

a25.  Defendant Sanjay Virmani is special agent in charge of FBI San Francisco field office.

## FACTUAL BACKGROUND

1.  On January 17, 2024, plaintiff filed a civil rights action with state court I (Case No. 24CV060281, "*State VI*").

2.  Plaintiff filed the First Amended Complaint in *State VI* ("FAC") on March 11, 2024.

3.  On March 22, 2024, judge Schwartz recused herself from *State VI*.

4.  On April 29, 2024, plaintiff moved for summary judgment against judge Schwartz in *State VI*.

5.  On May 6, 2024, both judge Evenson and judge Whitman recused themselves from *State VI*.

6.  On May 9, 2024, plaintiff moved for default judgment against judge Schwartz, clerk Busby, and others in *State VI*.

7.  On June 3, 2024, judge Nixon dismissed *State VI*.

8. On June 14, 2024, plaintiff filed another civil rights action with state court I (Case No. 24CV079735, "*State VIII*").

9. On June 28, 2024, judge Markman stayed *State VIII*.

10. On July 8, 2024, plaintiff filed a civil rights complaint with state court II (Case No. 24-CIV-04159, "*State IX*"). The case was assigned to judge Fineman.

11. On July 11, 2024, plaintiff filed a second civil rights complaint with state court II (Case No. 24-CIV-04261, "*State X*"). The case was assigned to judge Greenberg.

12. On July 17, 2024, judge Lee stayed *State X*.

13. On July 23, 2024, judge Fong terminated *State VIII*.

14. On July 30, 2024, judge Lee stayed *State IX*.

15. On February 11, 2025, plaintiff filed a civil rights complaint with state court I (Case No. 25CV110129, "*State XI*").

16. On June 20, 2025, judge Tran dismissed *State XI* with prejudice.

## CLAIMS

c1. <u>Claim 1 Civil Rights Violation</u>: Under state Code of Civil Procedure ("CCP") § 391.7(c) judge Nixon dismissed *State VI* on June 3, 2024. ¶ 7. Thus, judge Nixon has conspired with judges Schwartz, Evenson, and Whitman, and then president Biden so as to deny plaintiff the First Amendment right to petition the government for a redress of grievances, due process of law as well as equal protection of the laws under the Fourteenth Amendment, and the Seventh Amendment right to a jury trial. Said state judges have acted under color of judicial immunity as well.

c2. <u>Claim 2 Civil Rights Violation</u>: On July 17, 2024, judge Lee stayed *State X* under CCP § 391.7(c). ¶ 12. Judge Lee has collaborated with both judge Fineman and judge Greenberg in order to deprive plaintiff of the First Amendment right to petition the government for a redress

of grievances, due process of law as well as equal protection of the laws under the Fourteenth Amendment, and the Seventh Amendment right to a jury trial. Furthermore, said state judges have acted under color of judicial immunity.

c3.  <u>Claim 3 Civil Rights Violation</u>: On July 23, 2024, judge Fong terminated *State VIII* under CCP § 391.7(c). ¶ 13. Judge Fong has colluded with judge Markman to deny plaintiff the First Amendment right to petition the government for a redress of grievances, due process of law as well as equal protection of the laws under the Fourteenth Amendment, and the Seventh Amendment right to a jury trial. Besides, said state judges have acted under color of judicial immunity.

c4.  <u>Claim 4 Civil Rights Violation</u>: On June 5, 2025, judge Tran dismissed *State XI* under CCP § 391.7(a). ¶ 16. Hence judge Tran has conspired with judge Nixon, U.S. attorney Robbins, chief Johann, AUSAs Nedrow, Bernardoni, and Helland, clerk Busby, deputy clerks Hernandez, Perez, and Chilton, and agent Virmani to deprive plaintiff of the First Amendment right to petition the government for a redress of grievances, due process of law as well as equal protection of the laws under the Fourteenth Amendment, and the Seventh Amendment right to a jury trial. Moreover, both state judges have acted under color of judicial immunity.

c5.  <u>Claim 5 Unconstitutionality of CCP §§ 391-391.8</u>: With the support from then governor Brown and the State Bar, the state legislature adopted in 1963 the vexatious litigant statute, CCP §§ 391-391.8. Nonetheless, said statute deprives plaintiff of the First Amendment right to petition the government for a redress of grievances, due process of law as well as equal protection of the laws under the Fourteenth Amendment, and the Seventh Amendment right to a jury trial as set forth in claims 1 through 4. CCP §§ 391-391.8 represent unconstitutional statute.

c6.  <u>Claim 6 Unconstitutionality of State Bar</u>: The trustees of State Bar are appointed by the state's supreme court, the state's legislature, and the governor of the state. Therefore, the

composition of the board subverts the doctrine of separation of powers. Besides, the organization is responsible for investigating complaints of professional misconduct as well as prescribing appropriate discipline. And attorney discipline is handled by the State Bar Office of Chief Trial Counsel, which acts as prosecutor before the State Bar Court of California. The mission of State Bar Court violates the equal protection clause of the Fourteenth Amendment. Unconstitutionality of State Bar has emboldened State Bar member defendants to infringe on plaintiff's civil rights with impunity as set forth in Claim 4. Said entity must be disbanded as soon as practical.

## REQUEST FOR RELIEF

WHEREFORE, plaintiff respectfully requests that the Court enter judgment against all defendants and provide plaintiff with the following relief:

1. A declaratory judgment that defendants have violated plaintiff's civil rights as set forth in claims 1 through 5.
2. A declaratory judgment that CCP §§ 391-391.8 constitute unconstitutional statute.
3. A declaratory judgment that the composition of the board of trustees of State Bar violates the doctrine of separation of powers and is unconstitutional.
4. A declaratory judgment that the mission of the State Bar Court conflicts with the equal protection clause of the Fourteenth Amendment.
5. An order disbanding State Bar as well as dismantling State Bar Court.
6. Monetary damages in the amount of $400,000,000 each against judges Nixon, Schwartz, Whitman, Evenson, Markman, Fineman, Greenberg, Fong, Lee, and Tran, U.S. attorney Robbins, chief Johann, and agent Virmani; $40,000,000 each against AUSAs Nedrow, Bernardoni, and Helland; $200,000,000 against clerk Busby; $10,000,000 each against deputy clerks Hernandez, Perez, and Chilton; $20,000,000,000 against former president Biden; $40,000,000,000 against state of California; $30,000,000,000 against State Bar;

and $12,000,000,000 against former governor Brown.

7. Monetary punitive damages against all defendants.

8. An order under 18 U.S.C. §§ 242, 3771(d)(3) referring all defendants to U.S. Assistant Attorney General for Civil Rights Harmeet K. Dhillon for criminal prosecution.

9. All other further relief to which plaintiff may be entitled.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues for which a right to jury trial exists.

Respectfully submitted this 8th day of August 2025.

*Kuang-bao Ou-young*

KUANG-BAO P. OU-YOUNG
1362 Wright Avenue
Sunnyvale, California 94087
(408) 234-2371
kbouyoung@yahoo.com

Plaintiff