

# U.S. District Court

## California Northern - San Jose

Receipt Date: Aug 8, 2025 12:36PM

Kuang-Bao P. Ou-Young
1362 Wright Avenue
Sunnyvale, CA 94087

| Rcpt. No: 511019513 | Trans. Date: Aug 8, 2025 12:36PM | | Cashier ID: #SB (3780) | |
| --- | --- | --- | --- | --- |
| **CD** **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200   Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
| --- | --- | --- |
| CC | Credit Card | $405.00 |
| | Total Due Prior to Payment: | $405.00 |
| | Total Tendered: | $405.00 |
| | Total Cash Received: | $0.00 |

Comments: new case no. 25-cv-06711-SK

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.